FILED by ___YH___ D.C.

Apr 9, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __19-60086-CR-ZLOCH/HUNT__

18 U.S.C. § 287
18 U.S.C. § 1341
18 U.S.C. § 1001
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

DANIELLE TAKEILA EDMONSON and
KENNETH ROGER EDMONSON,

      **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-4
### False, Fictitious, and Fraudulent Claims
### (18 U.S.C. § 287)

On or about the dates specified in each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIELLE TAKEILA EDMONSON,**

did knowingly make, present, and file, and cause to be made, presented, and filed with the Internal Revenue Service ("IRS"), an agency of the United States, materially false, fictitious, and fraudulent claims upon and against the IRS and the United States, that is, false income tax returns fraudulently claiming tax refunds in the amounts below, knowing such claims were false, fictitious, and fraudulent:

| COUNT | APPROXIMATE DATE OF FILING | FALSE CLAIM | APPROXIMATE REFUND CLAIMED |
|---|---|---|---|
| 1 | August 11, 2015 | 2014 income tax return | $239,700 |
| 2 | March 7, 2017 | 2015 income tax return | $80,112,167 |
| 3 | September 4, 2017 | 2016 income tax return | $2,405,073 |
| 4 | January 14, 2018 | 2017 income tax return | $9,572,279 |

In violation of Title 18, United States Code, Sections 287 and 2.

## COUNTS 5-6
### False, Fictitious, and Fraudulent Claims
### (18 U.S.C. § 287)

On or about the dates specified in each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH ROGER EDMONSON,**

did knowingly make, present, and file, and cause to be made, presented, and filed with IRS, an agency of the United States, materially false, fictitious, and fraudulent claims upon and against the IRS and the United States, that is, false income tax returns fraudulently claiming tax refunds in the amounts below, knowing such claims were false, fictitious, and fraudulent:

| COUNT | APPROXIMATE DATE OF FILING | FALSE CLAIM | APPROXIMATE REFUND CLAIMED |
|---|---|---|---|
| 5 | September 1, 2017 | 2016 income tax return | $725,111 |
| 6 | March 20, 2018 | 2016 income tax return | $825,628 |

In violation of Title 18, United States Code, Sections 287 and 2.

### COUNTS 7-8
### Mail Fraud
### (18 U.S.C. § 1341)

From on or about August 11, 2015, through on or about November 6, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIELLE TAKEILA EDMONSON,**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly cause to be delivered certain mail matter by United States Postal Service, according to the directions thereon.

### PURPOSE

It was the purpose and object of the scheme and artifice for the defendant to unjustly enrich herself by submitting false and fraudulent tax returns seeking large refunds to the IRS, causing the Department of Treasury to mail a tax refund check to her, and then depositing the tax refund check to a bank account controlled by her for her own personal benefit.

### SCHEME AND ARTIFICE

The manner and means by which **DANIELLE TAKEILA EDMONSON** sought to accomplish the purpose and object of the scheme and artifice included, among others, the following.

1. On or about August 11, 2015, **DANIELLE TAKEILA EDMONSON** caused a false and fraudulent tax return—containing fictitious withholding tax amounts—to be submitted to the IRS seeking a tax refund of approximately $239,700 to which she was not entitled.

3

2. On or about September 21, 2015, **DANIELLE TAKEILA EDMONSON** caused the U.S. Department of Treasury to mail a tax refund check for approximately $239,700 from Kansas City, Missouri to the address of **EDMONSON** in Fort Lauderdale, Florida.

3. On or about October 9, 2015, **DANIELLE TAKEILA EDMONSON** deposited the tax refund check for approximately $239,700 into her bank account and subsequently used proceeds from this check for her own personal benefit.

4. On or about September 4, 2017, **DANIELLE TAKEILA EDMONSON** caused a false and fraudulent tax return—containing fictitious withholding tax amounts—to be submitted to the IRS seeking a tax refund of approximately $2,405,073 to which she was not entitled.

5. On or about October 31, 2017, **DANIELLE TAKEILA EDMONSON** caused the U.S. Department of Treasury to mail a tax refund check of approximately $2,405,193 from Kansas City, Missouri to the address of **EDMONSON** in Fort Lauderdale, Florida.

6. On or about November 6, 2017, **DANIELLE TAKEILA EDMONSON** deposited the tax refund check for approximately $2,405,193 into her bank account.

## USE OF THE MAILS

On or about the dates specified as to each count below, the defendant, **DANIELLE TAKEILA EDMONSON**, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, did knowingly cause to be delivered certain mail matter by United States Postal Service, according to the directions thereon, as more particularly described in each count below:

| COUNT | APPROX. DATE | DESCRIPTION OF MAILING |
|---|---|---|
| 7 | September 21, 2015 | Tax refund check of approximately $239,700 mailed from the U.S. Department of Treasury in Kansas City, Missouri to **DANIELLE TAKEILA EDMONSON** in Fort Lauderdale, Florida |
| 8 | October 31, 2017 | Tax refund check of approximately $2,405,193 mailed from the U.S. Department of Treasury in Kansas City, Missouri to **DANIELLE TAKEILA EDMONSON** in Fort Lauderdale, Florida |

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT 9
**Mail Fraud**
**(18 U.S.C. § 1341)**

From on or about September 1, 2017, through on or about March 20, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH ROGER EDMONSON,**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly cause to be delivered certain mail matter by United States Postal Service, according to the directions thereon.

## PURPOSE

It was the purpose and object of the scheme and artifice for the defendant to unjustly enrich himself by submitting a false and fraudulent tax return seeking a large refund to the IRS, causing the Department of Treasury to mail a tax refund check to him, and then depositing the tax refund check to a bank account controlled by him for his own personal benefit.

## SCHEME AND ARTIFICE

The manner and means by which **KENNETH ROGER EDMONSON** sought to accomplish the purpose and object of the scheme and artifice included, among others, the following.

1. On or about September 1, 2017, **KENNETH ROGER EDMONSON** caused a false and fraudulent tax return—containing fictitious withholding tax amounts—to be submitted to the IRS seeking a tax refund of approximately $725,111 to which he was not entitled.

2. On or about January 2, 2018, **KENNETH ROGER EDMONSON** caused the U.S. Department of Treasury to mail a tax refund check for approximately $734,266.27 from Kansas City, Missouri to the address of **EDMONSON** in Fort Lauderdale, Florida.

3. On or about January 8, 2018, **KENNETH ROGER EDMONSON** deposited the tax refund check for approximately $734,266.27 into his bank account for his personal benefit.

## USE OF THE MAILS

On or about January 2, 2018, the defendant, **KENNETH ROGER EDMONSON**, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, did knowingly cause to be delivered certain mail matter by United States Postal Service, according to the directions thereon, that is, a tax refund check for

approximately $734,266.27 mailed from the United States Department of Treasury in Kansas City, Missouri to the residence of **KENNETH ROGER EDMONSON** in Fort Lauderdale, Florida, in violation of Title 18, United States Code, Sections 1341 and 2.

### COUNT 10
### False Statements
### (18 U.S.C. § 1001(a)(2))

On or about May 4, 2017, in Broward County, in the Southern District of Florida, in a matter within the United States Department of State, an agency of the executive branch of the Government of the United States, the defendant,

**KENNETH ROGER EDMONSON,**

did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact, in that he represented that he had never been issued a Social Security number, when in truth and in fact, and as the defendant there and then well knew, the defendant had been issued a Social Security number, in violation of Title 18, United States Code, Section 1001(a)(2).

### COUNT 11
### False Statements
### (18 U.S.C. § 1001(a)(2))

On or about May 30, 2017, in Broward County, in the Southern District of Florida, in a matter within the United States Department of State, an agency of the executive branch of the Government of the United States, the defendant,

**DANIELLE TAKEILA EDMONSON,**

did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact, in that she represented that she had never been issued a Social Security number, when in truth and in fact, and as the defendant there and then well knew, the defendant had been

issued a Social Security number, in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE

1.  The allegations of Counts 7 and 8 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANIELLE TAKEILA EDMONSON**, has an interest. The allegations of Count 9 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KENNETH ROGER EDMONSON**, has an interest.

2.  Upon conviction of any of the offenses charged in Counts 7 and 8 of this Indictment, the defendant, **DANIELLE TAKEILA EDMONSON**, shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation. Upon conviction of the offense charged in Count 9 of this Indictment, the defendant, **KENNETH ROGER EDMONSON**, shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853 as made applicable through Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DANIELLE TAKEILA EDMONSON and
KENNETH ROGER EDMONSON,

Defendants.

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

**Court Division**: (Select One)
- ___ Miami
- ✓ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New defendant(s)         Yes ___    No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect _____

4. This case will take __7__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ___
   - II   6 to 10 days     ✓
   - III  11 to 20 days    ___
   - IV   21 to 60 days    ___
   - V    61 days and over ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   ✓

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: 19-MJ-6142-HUNT
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501557

\*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DANIELLE TAKEILA EDMONSON

**Case No**: _____

Counts #: 1-4

False, Fictitious, and Fraudulent Claims

Title 18, United States Code, Section 287

**\* Max. Penalty**:    Five (5) years' imprisonment, as to each count

Counts #: 7-8

Mail Fraud

Title 18, United States Code, Section 1341

**\*Max. Penalty:**    Twenty (20) years' imprisonment, as to each count

Count #: 11

False Statements

Title 18, United States Code, Section 1001(a)(2)

**\*Max. Penalty:**    Five (5) years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: KENNETH ROGER EDMONSON

**Case No**: _____

Counts #: 5-6

False, Fictitious, and Fraudulent Claims

Title 18, United States Code, Section 287

\* **Max. Penalty**:   Five (5) years' imprisonment, as to each count

Count #: 9

Mail Fraud

Title 18, United States Code, Section 1341

\***Max. Penalty:**   Twenty (20) years' imprisonment

Count #: 10

False Statements

Title 18, United States Code, Section 1001(a)(2)

\***Max. Penalty:**   Five (5) years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.