April Henderson c/o Principal (cad party in interest)
To: Robin L. Rosenberg - Private

SPECIAL LIMITED APPEARANCE
ORDER TO DISCHARGE, SETTLE & CLOSE
BY AUTHORIZED REPRESENTATIVE BEFORE JUDGE with
Notice Breach of Fiduciary Duty

I, AUTHORIZED REPRESENTATIVE, on behalf of the defendant, DANIELLE TAKEILA EDMONSON ESTATE, GRANTOR for Trust claim case # 0:19-cr-60086, d.b.a DANIELLE TAKEILA EDMONSON, SS # 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, whom is a transmitting utility (see UCC-1 Financing statement file number 201401769843 and all addendums) am making a SPECIAL LIMITED APPEARANCE;

On and for the record states that the real woman who funded ESTATE of DANIELLE TAKEILA EDMONSON is alive, and is a living foreign disregarded entity in the person of her AUTHORIZED REPRESENTATIVE, is not presumed dead, is not trustee, nor surety for either 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 or Trust claim # 0:19-cr-60086

As I understand this process Judge, Plaintiff has submitted a claim against the TRUST to be deposited by general deposit without an affidavit in support of said claim regarding a presumed offense with the clerk against ESTATE of DANIELLE TAKEILA EDMONSON held in trust, using as the defendant the name as it appears on the Birth Certificate in CAPITAL LETTERS or any derivative thereof, in addition to use of the ESTATE

FILED BY MEE D.C.
OCT 19 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Common Law Copyright without permission by AUTHORIZED REPRESENTATIVE.

The clerk who is the administrator of the Trust, then appointed you the Judge, as TRUSTEE for the CESTUI QUE TRUST, Trust claim case # 0:19-cr-60086, which in turn makes the PLAINTIFF a PRESUMED BENEFICIARY and you my accepted TRUSTEE confirmed by your Oath of Office. The fiduciary trustees appointed are in Breach of fiduciary duty for failure to discharge settle and close as instructed. As my Trustee, I hereby instruct you to:

1. Withdraw the general deposit associated with case # 0:19-cr-60086 and close and withdraw the account and re-deposit and re-open it as a special deposit trust account for DANIELLE TAKEILA EDMONSON SS # 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;
2. Discharge this entire matter with prejudice;
3. Zero out accounting for SS # 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;
4. Award the withheld credit/original asset value, which is the positive charge drawn against said ESTATE of DANIELLE TAKEILA EDMONSON to be paid to the BENEFICIAL OWNER on record;
5. Settle and close Trust claim # 0:19-cr-60086

Should these instructions not be followed, it is Order by Executor that No permission be granted to access said ESTATE and all credit withdrawn from the same be charged back to the ESTATE TRUST and hereby orders the dismissal of this case immediately on behalf of defendant. October 9, 2022.   By: danielle edmonson
Principal/Authorized Representative

danielle edmonson el
[98829104]
SPC Aliceville
Post Office Box 487
Aliceville Alabama [35442]



BIRMINGHAM AL 350
12 OCT 2022 PM 2 L

Robin L. Rosenberg - Private
Paul G. Rogers Federal Building
Courthouse
701 Clematis Street
West Palm Beach Florida [33401]

33401-510199